IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| WIDEVINE TECHNOLOGIES, INC., <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> VERIMATRIX, INC., <br><br> Defendant and <br> Counterclaimant. | Case No.  2:07-cv-00321 TJW-CE |

**DEFENDANT AND COUNTERCLAIMANT VERIMATRIX, INC.'S
SURREPLY BRIEF IN SUPPORT OF MOTION TO STAY LITIGATION PENDING
*INTER PARTES* REEXAMINATION**

**ORAL ARGUMENT REQUESTED**

### *INTER PARTES* REEXAMINATION HAS BEEN GRANTED.

On June 23, 2008, the USPTO granted Verimatrix's *inter partes* reexamination petition of the '175 patent-in-suit as to all of the claims 1 through 94. The USPTO's Order is submitted herewith as Exhibit A. As set forth in Verimatrix's original motion, *inter partes* reexamination involving both parties is the most effective means for resolution of patent invalidity over litigation, and particularly in view of the USPTO's Order, this action should be stayed pending that reexamination. Denying the stay will prejudice the parties and the Court by forcing concurrent litigation of issues to be rendered moot by reexamination. This case continues to be in the initial stage. Discovery Order exchanges under paragraphs 3(b), (c) and (d) have been continued to July 15, 2008. Claim construction exchanges have not started, the *Markman* hearing is scheduled for late 2009 and trial is scheduled for early 2010.

Further, on May 20, 2008, Widevine amended its complaint to add claims based on U.S. Patent 7,376,831, which issued from a continuation of the application for the '175 patent. The claims of '831 are similar to the '175 patent, and Verimatrix will seek reexamination of the '831 patent for common reasons.

To address any concern about the length of the stay and status of the reexamination, Verimatrix proposes that the Court stay the case and then issue an order to reconsider the stay after twelve months based on progress reports provided every sixty days by the parties.

Dated: June 30, 2008                                 Respectfully Submitted,

                                                                       SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP


/s/ Michael C. Smith

Michael C. Smith
Texas State Bar No. 18650410
Email: michaelsmith@siebman.com
SIEBMAN, REYNOLDS, BURG, PHILLIPS & SMITH, LLP
713 South Washington Avenue
Marshall, TX 75671
Telephone:    (903) 938-8900
Facsimile:    (972) 767-4620

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (Pro Hac Vice)
California State Bar No. 116127
Email: rhodesmg@cooley.com
TIMOTHY S. TETER (Admitted)
California State Bar No. 171451
Email: teterts@cooley.com
KENT M. WALKER (Pro Hac Vice)
California State Bar No. 173700
Email: walkerkm@cooley.com
4401 Eastgate Mall
San Diego, CA 92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant and Counterclaimant
VERIMATRIX, INC.

**CERTIFICATE OF SERVICE**

The undersign certifies that all counsel of record who consented to electronic service were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A). All other counsel of record were be served by facsimile transmission or first class mail on June 30, 2008.

/s/ Michael C. Smith_____
Michael C. Smith