IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WIDEVINE TECHNOLOGIES, INC. <br><br> Plaintiff, <br><br> v. <br><br> VERIMATRIX, INC., <br><br> Defendant. | Case No. 2:07-cv-321-RRR/CE <br><br> **Jury Trial Demanded** |

## ORDER

The Court has considered Plaintiff Widevine Technologies, Inc.'s Motion to Adjourn Trial Date (Docket No. 205) and Motion to Adjourn the Pretrial Hearing and Trial Date (Docket No. 214), and finds that good cause has not been shown. The motion is DENIED. All deadlines contained in the Docket Control Order, and any amendments thereto, remain the same.

It is hereby ORDERED that the motion is DENIED.

SIGNED this 3rd day of March, 2010.

*Randall R. Rader*

RANDALL R. RADER

UNITED STATES CIRCUIT JUDGE (sitting by designation)